# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Clayton G. Gavulich,<br><br>Plaintiff,<br><br>vs.<br><br>Jefferson Capital Systems, LLC,<br><br>Defendant. | Civil Action No.: 2:22-cv-00357-JFC |

## ORDER OF COURT

**AND NOW**, this __22nd__ day of _____April_____, 2022, upon consideration of the *Joint Stipulation of Dismissal with Prejudice* filed by counsel for the parties, it is hereby **ORDERED** that the above-captioned case shall be dismissed with prejudice.

**BY THE COURT:**

s/Joy Flowers Conti
Hon. Joy Flowers Conti,
Senior U.S. District Judge